无锡市派尔乐机械设备有限公司
**WUXI JANGLI MACHINERY CO.,LIMITED**

Room 1203, 1#, B District, NO.99 Jinxi Road Binhu District, Wuxi, Jiangsu PRC.

Tel: +86 13771014946

**PROFORMA  INVOICE**

| TO: | Joby Weeks | | | INVOICE  NO. | |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| **TEL:** |  |  |  | **DATE:** |  |
|  |  |  |  |  |  |
| No. | Name | Style | Quantity | Unit Price (USD) | |
| 1 | Softgel encapsulation machine |  | 1 set | Balance due as of October 31, 2017 | |
| 2 | Tumble Dryer (dia.600x900mm) | JL-250 | 4 baskets | | |
| 3 | Softgel encapsulation machine supporting equipment |  | 1 set | | |
|  | | | | **TOTAL: FOB CHINA** | |

| TOTAL AMONUT: SAY US DOLLARS SEVENTY EIGHT THOUSAND TWO HUNDRED ONLY. |
| PAYMENT TERMS: TT 30% AS DEPOSIT, FULL PAYMENT BEFORE SHIPMENT |
| SPECIFICATION ACCORDING TO ATTACHMENT |

| BANK INFORMATION: | | |
|---|---|---|
| **SWIFT BIC** | BKCHCNBJ95C | |
| **BENEFICIARY'S BANK** | BANK OF CHINA WUXI BRANCH | |
| **BANK ADDRESS** | No.258, Road ZhongShan, Wuxi, Jiangsu PRC, China | |
| **COUNTRY** | CHINA | |
| **ACCOUNT NUMBER** | 532669615741 | |
| **NAME** | Wuxi Jangli Machinery Co.,ltd | |

EXHIBIT A

| | |
|---|---|
| JLXS-17-043 | |
| 10/24/17 | |
| Total (USD) | |
| $56,200.00 USD | |
| | |
| **$56,200.00 USD** | |