**From:** "New Earth Biosciences" <quickbooks@notification.intuit.com>
**Subject: Invoice 1071 from New Earth Biosciences**
**Date:** May 2, 2018 at 3:18:02 AM GMT+8
**To:** afs.tt.llc@gmail.com, jobyweeks@gmail.com, sean@nebiosciences.com, julian@nebiosciences.com
**Reply-To:** sales@nebiosciences.com



New Earth Biosciences

Dear Steve Snyder,

Here's your invoice! We appreciate your prompt payment. Any questions please call 914-661-1018

Thanks for your business!
New Earth Biosciences

INVOICE 1071 DETAILS

**DUE 04/25/2018**

# $95,910.63

**Review and pay**

Powered by QuickBooks

EXHIBIT B

| | |
|---|---|
| **Bill to** | Steve Snyder<br>Afs TT<br>8958 Hernando Way<br>Weeki Wachee, FL 34613 |
| **Ship to** | Steve Snyder<br>Afs TT<br>8958 Hernando Way<br>Weeki Wachee, FL 34613 |
| **Terms** | Due on receipt |

**Distillation:Stage 2 Non Decerbed Distillate** — $87,500.00

Stage 2 Full spectrum Distillate 6250000 mg

6,250,000 X $0.01

**Decarbox Oil:Decarboxylation** — $532.50

Decerboxylation of 8.875kg

8.875 X $60.00

**Testing:COA Potency Testing Pro Verde** — $250.00

Potency Testing

2 X $125.00

**Cutting Agents:Hemp Seed Oil** — $2,671.88

Organic Hemp Seed Oil (Top Grade) 118.75L

118.75 X $22.50

**Lab Service:homogenization** — $8,906.25

Homogenization of oil to produce a stable form.

118.75 X $75.00

**Packaging:Packaging (Genreal)** — $300.00

Eagle HDPE Drum

EXHIBIT B

4 X $75.00

| | |
|---|---:|
| Subtotal | $100,160.63 |
| Discount | $ -5,000.00 |
| Shipping | $750.00 |
| Total | $95,910.63 |
| Balance due | $95,910.63 |

Thank you for your business, have a great day.

Make Wire or Checks Payable To:

New Tera Biosciences

50% Deposit Due Prior To Formulation

Chase
New Tera Biosciences
Account number: 830881798
Wire transfer Routing: 021000021

**Review and pay**

New Earth Biosciences

2800 Pringle Road SE Unit # 160 Salem, OR 97302 US

(503)967-5013    sales@nebiosciences.com



© Intuit, Inc. All rights reserved.    Privacy | Security | Terms of Service

EXHIBIT B