

**John C. Emerson, CFA**
**HERNANDO COUNTY PROPERTY APPRAISER**
"To Serve and Assess With Fairness"

**\*\*Street Level photos may not be available if structure is not visible from road.**

2018 Final Tax Roll

Parcel Key: 00976019     Parcel #: R26 222 17 2299 0026 0030

### Owner Information
Owner Name: SNYDER STEVEN M
            SNYDER CHRISTINE B
Mailing Address: 8958 HERNANDO WAY
                 WEEKI WACHEE FL 34613-7468

### Property & Assessment Values
| | | | |
|---|---|---|---|
| Building: | $93,410 | Assessed: | $82,182 |
| Features: | $3,764 | Exempt: | $50,000 |
| Land: | $13,650 | Capped: | $82,182 |
| AG Land: | $0 | Excl Cap: | $0 |
| Market: | $110,824 | Taxable: | $32,182 |

**\*\* Stabilization Permit Complete \*\***



Bldg #1 - SINGLE FAMILY RESIDENCE
976019 09/17/2018



### Property Information
Site Address: 8958 HERNANDO WAY
Description: THE HEATHER PHASE VI BLK 26 LOT 3 ORB 1306 PG 97
DOR Code: (01) SINGLE FAMILY
Levy Code: CWES     Sec/Tnshp/Rng: 26-22-17
Subdivision: HEATHER PHASE VI (2299)
Neighborhood: HEATHER SFRS, WINDRIDGE (HEATHR)

### Tax Information
AdValorem: $659.14
NONAdValorem: $370.16
Total For 2018: $1029.30
Total For 2017: $916.67
Total For 2016: $875.67
Total For 2015: $878.09

Real Time Tax Info   Pay Taxes On-line

### Land Breakdown

| Land Use | Units | Value |
|---|---|---|
| RESIDENTIAL/SQFT RATE | 10,920.00 SQUARE FEET | 13,650 |

### Sales Breakdown

| Sale Date | Book/Page | Deed Type | Vacant/Improved | Qualification | Sale Price | Grantee |
|---|---|---|---|---|---|---|
| 07/27/2004 | 1881/1009 | WD | I | Q | $133,400 | SNYDER STEVEN M |
| 01/15/2002 | 1493/1351 | WD | I | Q | $80,000 | BROOKS JIMMIE B TTEE OF THE |
| 08/18/2000 | 1423/6 | TR | I | D | $100 | MARESKI LINDA |
| 07/25/2000 | 1422/1994 | QC | I | D | $100 | MARESKI LINDA |
| 03/31/1994 | 961/980 | CW | I | X | $100 | SCHOENSEE THEODORE J |
| 03/31/1994 | 961/196 | WD | I | X | $100 | SCHOENSEE THEODORE & PEARLMAY |
| 03/01/1983 | 520/1681 | WD | V | Q | $12,000 | SCHOENSEE THEODORE J |
| 03/01/1983 | 519/456 | WD | V | Q | $12,000 | ALEXANDER CUSTOM HOMES INC |
| 01/01/1980 | | | | D | $0 | ROYAL PALM BCH COLONY INC |

### Building Characteristics

| Bldg # | Description | Year Built | Area (Base/Aux) | Bed/Bath | Value |
|---|---|---|---|---|---|
| 1 | SINGLE FAMILY RESIDENCE(01) | 1983 | 1913/771 | 3/3 | $93,410 |

NOTE: All S.F. Calculations are based on **exterior** building dimensions

### Extra Features

| Bldg# | Description | Actual Year | Dimensions | Current Value |
|---|---|---|---|---|
| 1 | FIREPLACE, AVERAGE (FP2) | | 1 Units | $2,000 |
| 1 | PATIO, CONCRETE (PT2) | 2010 | 176 Square Feet | $352 |
| 1 | PAVEMENT, CONCRETE WALKS/DRIVE (PV1) | | 544 Square Feet | $1,088 |
| 1 | PAVEMENT, CONCRETE WALKS/DRIVE (PV1) | | 162 Square Feet | $324 |

### Addresses
8958 HERNANDO WAY



**Mobile Homes**

| Name | PIN | Key | Date Filed | Date Audit | Levy Code | NAICS | Ent Zone | Current Value | Last Year Value | 2 Years Ago |
|------|-----|-----|------------|------------|-----------|-------|----------|---------------|-----------------|-------------|

No Matching Records Found or the Information is Exempt per Florida Statute(s).

© Copyright 2003 All Rights Reserved - Hernando County Property Appraiser