

**FILED**
UNITED STATES DISTRICT COURT
DENVER COLORADO

AUG 29 2019

JEFFREY P. COLWELL
CLERK

**Case 1:19-cv-02133-LTB**
**District of Colorado**

August 26, 2019

The Rodman Law Group, LLC
Attorneys for Plaintiff
Attention: Nadav Aschner
600 South Cherry Street, Suite 835
Denver, Colorado 80246

United States District Court
District of Colorado
Clerk's office Room A105
901 19th Street
Denver, CO 80294-3589

    I, Steven M. Snyder, sole owner of Afs-tt LLC am hereby replying to Civil Action Summons Number 19-cv-2133-LTB-SKC.

    I find the information provided in the summons to be unfounded. The attached (Exhibit 1 and 2, or A and B?) invoices are not to my company and do not show any paid monies to my company. Based on this summons I consider a form of harassment, I do not plan to provide any answers as to how my company does business.

Thank You,
Steven M. Snyder



Steven Snyer
Ars-tt 11C
8958 Hernando way
Weeki wachee, Fl. 34613

United States District Court
District of Colorado
Clerks Office Room A105
901 19th Street
Denver, Colorado
80294-3589

80294-250151

TAMPA FL 335
SAINT PETERSBURG FL
26 AUG 2019 PM 8 L

PURPLE HEART
FOREVER USA