

## The Rodman Law Group, LLC

600 S. Cherry St. Suite 835 Denver, Colorado 80246
(720) 663-0558
www.therodmanlawgroup.com

August 30, 2019

VIA FIRST CLASS MAIL

Steven M. Snyder
8958 Hernando Way
Weeki Wachee, FL 34613

AFS-TT, LLC
8958 Hernando Way
Weeki Wachee, FL 34613

*Re: Case 1:19-cv-02133-LTB*

Dear Mr. Snyder,

As you know, this firm represents Jobadiah Weeks, plaintiff in Case Number 1:19-cv-02133-LTB, filed in the United States District Court, District of Colorado. We are in receipt of your letter dated August 26, 2019, in which you state that you believe "the information provided in the summons to be unfounded." This letter is to alert you that we do not consider your correspondence to be an answer to the Complaint, nor does Mr. Weeks agree with your characterization of the Complaint and supporting documentation. We suggest you immediately consult with an attorney on this matter. We intend to file for default at the applicable time.

Please consider this letter our attempt to confer with you. We have neither a telephone number nor email address for you, so we are sending you this letter as our only means of communication. Please feel free to contact us to provide contact information if you would like to receive more immediate correspondences regarding this case. You may also reach me directly by email at nadav@therodmanlawgroup.com. Thank you for your prompt attention to this matter.

Sincerely,

Nadav Aschner, Esq.



```
============================================
                 GLENDALE
              945 S BIRCH ST
           DENVER, CO 80246-9998
                072336-0030
                (800)275-8777
             08/30/2019 04:14 PM
============================================
============================================
--------------------------------------------
Product               Qty    Unit     Price
                             Price
--------------------------------------------
PM 3-Day               1     $7.35    $7.35
Window FR Env
    (Domestic)
    (BROOKSVILLE, FL  34613)
    (Flat Rate)
    (Expected Delivery Day)
    (Tuesday 09/03/2019)
    (USPS Tracking #)
    (9505 5126 9022 9242 4859 10)
Insurance                             $0.00
    (Up to $50.00 included)
--------------------------------------------
Total:                                $7.35
--------------------------------------------

--------------------------------------------
Credit Card Remitd                    $7.35
    (Card Name:AMEX)
    (Account #:XXXXXXXXXXXX1043)
    (Approval #:832559)
    (Transaction #:275)
    (AID:A000000025010801         Chip)
    (AL:AMERICAN EXPRESS)
    (PIN:Not Required)
--------------------------------------------

Includes up to $50 insurance

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.


In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm

            Preview your Mail
           Track your Packages
           Sign up for FREE @
         www.informeddelivery.com

All sales final on stamps and postage.
```