IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge S. Kato Crews

Civil Action No. 1:19-cv-02133-LTB-SKC

JOBADIAH S. WEEKS,

    Plaintiff,

v.

STEVEN M. SNYDER, and
AFS-TT,LLC,

    Defendant.

_____

**NOTICE REGARDING AVAILABILITY OF *PRO SE* CLINIC
AND AVAILABLE COURT RESOURCES**
_____

    To ensure the efficient and effective litigation of civil cases with *pro se* litigants, the Court finds it necessary to issue this notice of the resources available to *pro se* litigants. *Pro se* parties should understand that this is not an exhaustive list of all resources available to a litigant in civil cases. Therefore, these resources should not be relied on as the sole source for a *pro se* party's litigation needs. Instead, it is a *pro se* party's duty to diligently participate in this action using their own resources to meet their litigation needs.

### FEDERAL *PRO SE* CLINIC

    In June 2018, the Federal District Court and the Colorado Bar Association opened the Federal *Pro Se* Clinic. The Clinic is staffed by a full-time attorney who will provide free "limited scope" legal advice to non-prisoner, *pro se* litigants with the following types of

cases pending before the federal court: civil rights; labor and employment law; contracts; personal injury; and other areas of federal and state law. Advice may consist of explanations of legal rights, assistance with drafting pleadings and discovery, interpreting and explaining rules and procedures, reviewing and explaining motions and court orders, and referrals to other resources in appropriate cases. Clinic staff will not appear in court on behalf of a *pro se* litigant, but rather, will meet with *pro se* litigants to provide guidance, where appropriate.

The Court strongly encourages all *pro se* litigants to contact the Federal *Pro Se* Clinic at (303) 380-8786 or https://www.cobar.org/cofederalproseclinic for applicable assistance in any matter in which a party proceeds without an attorney. The Clinic website contains intake forms, useful information regarding self-representation, and information on applying for the appointment of pro bono counsel from the Civil Pro Bono Panel. The Clinic is located on the first floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Clinic has limited hours, and therefore, *pro se* parties are encouraged to check the Clinic's hours of operation before visiting the Clinic.

**DISCOVERY DISPUTES**

Once the parties begin discovery in a case, there may be disagreements between the *pro se* litigant and opposing counsel about the information being sought. Should a dispute arise, the parties shall follow the instructions set out in Magistrate Judge Crews' Discovery Procedures for *Pro Se* Civil Cases. These instructions can be found on the Court's website at the link below:

http://www.cod.uscourts.gov/Portals/0/Documents/Judges/SKC/SKC_Pro_Se_Discovery_Instructions.pdf.

**ADDITIONAL INFORMATION**

Additional information about representing yourself in court may be found on the United States District Court for the District of Colorado's website at the link below: http://www.cod.uscourts.gov/RepresentingYourself.aspx.

DATED: October 2, 2019

BY THE COURT:

_____

S. Kato Crews
United States Magistrate Judge