IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.  19-cv-02133-LTB-SKC

JOBADIAH WEEKS, an individual and Colorado citizen,

      Plaintiff,

v.

STEVEN M. SNYDER, an individual and Florida citizen, and
AFS-TT, LLC, a Florida limited liability company,

      Defendants.
_____

**ORDER REFERRING CASE PURSUANT TO 28 U.S.C. § 636( c)**
_____

Pursuant to D.C.COLO.LCiv.R 72.2 on the 13th day of November, 2019, the parties notified the court of their unanimous consent to disposition of the above action by a United States Magistrate Judge.  Now, therefore, being sufficiently advised,

IT IS ORDERED as follows:

The above action is referred for disposition to the Magistrate Judge currently assigned to the case pursuant to Fed.R.Civ.P. 73 and 28 U.S.C. § 636( c).

                                              BY THE COURT:

                                                s/Lewis T. Babcock          
                                              Lewis T. Babcock, Judge

DATED:   November 14, 2019