IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge S. Kato Crews**

Civil Action: 19-cv-02133-SKC                Date: December 10, 2019
Courtroom Deputy: Amanda Montoya      FTR – Reporter Deck-Courtroom C-201

| *Parties:* | *Counsel:* |
|---|---|
| JOBADIAH S. WEEKS, | Nadav Aschner |
| | Chris Baumgartner |
| Plaintiff, | |
| v. | |
| STEVEN M SNYDER, | Pro se (by phone) |
| AFS-TT, LLC, | |
| Defendant. | |

## COURTROOM MINUTES

**HEARING: STATUS CONFERENCE**
**Court in session: 09:02 a.m.**
Court calls case. Appearances of counsel.

Plaintiff filed a completed consent form and indicated that all parties have consented when a conferral with Defendants had not occurred. A District Judge will be assigned to the case.

The Court advises Mr. Snyder of his obligations as a pro se litigant.

The Court advises Mr. Snyder that the company defendant needs to be represented by an attorney. Mr. Snyder may file a motion for pro bono counsel for himself and the company. Mr. Snyder is encouraged to contact the pro se clinic.

Counsel and Mr. Snyder shall be familiar with the Federal Rules of Civil Procedure, the Local Rules, and the practice standards of all Judges assigned to the case.

Discussion regarding parties' obligation to confer regarding the case.

Mr. Snyder confirms his contact information on the record.

Parties are advised of their obligation to preserve evidence.

**ORDERED:** No later than December 31, 2019, Mr. Snyder shall file a motion for appointment for pro bono counsel for himself and the company.

*[9] Plaintiff's Motion to Strike and for Entry of Default* is **GRANTED** as to the motion to strike and **DENIED** as to the motion for entry of default. *[7] Letter* is **STRICKEN.**

No later than **February 10, 2020**, Mr. Snyder and the company defendant shall file an answer or otherwise respond to the complaint.

HEARING CONCLUDED.
**Court in recess: 09:45 a.m.**
Total time in court: 00:43

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.