IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge S. Kato Crews

Civil Action No. 1:19-cv-02133-LTB-SKC

JOBADIAH S. WEEKS,

    Plaintiff,

v.

STEVEN M. SNYDER, and
AFS-TT,LLC,

    Defendants.

_____

### ORDER DENYING PLAINTIFF'S RENEWED MOTION FOR ENTRY OF DEFAULT [#19]
_____

Plaintiff's Renewed Motion for Entry of Default [#19] is DENIED without prejudice. The Motion seeks an order directing the Clerk of Court to enter default against Defendants. "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is <u>shown by affidavit or otherwise</u>, the clerk must enter the party's default." Fed. R. Civ. P. 55(a) (emphasis added); *see also* D.C.COLO.LCivR 55.1(a). Plaintiff did not include an affidavit with the Motion. Accordingly, the Clerk of Court cannot enter Defendants' default. Fed. R. Civ. P. 55 (a). Thus, the Court DENIES the Motion, without prejudice to file a Motion for Clerk's Entry of Default.

1

DATED: May 13, 2020

BY THE COURT:

_____

S. Kato Crews
United States Magistrate Judge