IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLORADO

Civil Action No. 1:19-cv-02133-DDD

JOBADIAH WEEKS, an individual and Colorado citizen,

　　Plaintiff,

vs.

STEVEN M. SNYDER, an individual and Florida citizen, and AFS-TT, LLC, a Florida limited liability company,

　　Defendants.

---

## AFFIDAVIT OF NADAV ASCHNER

---

I, Nadav Aschner, being over 18 years of age and of sound mind, affirm and state as follows:

1. I sign this affidavit under oath and have personal knowledge of the information set forth herein.

2. I am an attorney with The Rodman Law Group, LLC (the "Firm"), located in Denver, Colorado.

3. The Firm represents Jobadiah Weeks in the litigation styled *Weeks v. Snyder et. al.*, case number 19-cv-02133-DDD-SKC.

4. On February 18, 2020, I filed Plaintiff's Renewed Motion for Entry of Default [Doc. 19] (the "Renewed Motion").

5. Prior to filing the Renewed Motion, I conferred with Steven M. Snyder via telephone.

6. I asked Mr. Snyder if he objected to the contents of the Renewed Motion, and Mr. Snyder exclaimed that he was "not happy about it," but acknowledged that he did not comply with the Court's order to file a sufficient responsive pleading.

7. My Snyder also informed me that, as of February 18, 2020, he had not found an attorney to represent him or Defendant AFS-TT LLC.

8. Mr. Snyder stated that he thought that he had more time to obtain counsel and believed that the Court would send him notice of a second status conference with ample time to obtain counsel.

9. On information and belief, Mr. Snyder has not made any attempt to obtain counsel since February 18.

10. As of the date of this affidavit, Defendants have not filed an answer with the Court.

Further, Affiant sayeth not.

Dated this 28th day of May, 2020.

_____
Nadav Aschner

Subscribed and affirmed before me in the county of Denver, State of Colorado, this 28th day of May, 2020, by Nadav Aschner.

_____
Notary's Signature

ALEXIS CHRISTINE CORONA
NOTARY PUBLIC - STATE OF COLORADO
NOTARY ID 20194003704
MY COMMISSION EXPIRES JAN 28, 2023

01/28/2023
Commission Expiration Date                    SEAL

2