IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLORADO

Civil Action No. 1:19-cv-02133-DDD-SKC

JOBADIAH WEEKS, an individual and Colorado citizen,

     Plaintiff,

vs.

STEVEN M. SNYDER, an individual and Florida citizen, and AFS-TT, LLC, a Florida
limited liability company,

     Defendants.

---

## AFFIDAVIT OF STEPHANIE STOLBA

---

I, Stephanie Stolba, being over 18 years of age and of sound mind, affirm and state as follows:

1.     I sign this affidavit under oath and have personal knowledge of the information set forth herein.

2.     I am Jobadiah S. Weeks's wife.

3.     I write this Affidavit in support of Plaintiff's Second Renewed Motion for Entry of Default (the "Motion"). I have read and reviewed the Motion, as well as the Plaintiff's Renewed Motion to Strike and for Entry of Default, Plaintiff's Motion to Strike and for Entry of Default, and the Affidavit of Nadav Aschner, counsel for Plaintiff. The Motion and allegations prepared by Mr. Aschner are true and accurate to the best of my knowledge.

4.     I have known Defendant Steven M. Snyder for approximately six years.

5.     My husband is currently being held in pre-trial detention in New Jersey and is not able to communicate with his lawyers in Colorado or execute affidavits. I am extremely familiar with the agreement that my husband, Mr. Snyder, and AFS-TT, LLC (the "Company") entered into in 2017. My husband was excited about his project with Mr. Snyder and the Company and he relished sharing both the details of the transactions as they took place and his future plans for the softgel endeavor with me. Additionally, not only was I familiar with the details of the softgel project as they were unfolding, but in the months since my husband's arrest I have reviewed many of his business records with great care to locate important information that is being used in his

defense. My husband's transaction with Mr. Snyder featured prominently in the materials I reviewed.

6.      My husband and Mr. Snyder ordered a softgel encapsulation machine (the "Machinery") from Wuxi Jangli Machinery Co. ("Wuxi") for their softgel project. Starting in in late October 2017, my husband made payments totaling $56,200.00 to Wuxi. The Machinery was to be delivered to Mr. Snyder in Florida.

7.      In March 2018, Mr. Snyder frantically contacted my husband to tell him that Customs and Border Patrol ("CBP") seized the Machinery and to request an additional $13,645.00 so that a payment could be made to CBP to have the Machinery released. My husband sent this money to Mr. Snyder who arranged for the release of the Machinery.

8.      In May 2018, my husband paid $95,910.63 for raw materials for use in the business venture and had them shipped to Mr. Snyder in Florida.

9.      Between August 2018 and December 2018, my husband sent additional payments to Mr. Snyder totaling $57,936.66 for business related expenditures, including rent, the purchase of a work truck, utilities, and raw materials. In total my husband sent Mr. Snyder at least $310,000.

10.      Starting in March of 2019, Mr. Snyder became evasive and ceased responding to my husband.

11.      My husband kept his corporate lawyer, Dave Rodman, abreast of the souring relationship with Mr. Snyder, and Mr. Rodman attempted to help my husband resolve the matter. When it became clear that no resolution was possible, Mr. Rodman's firm initiated litigation to recover the money that Mr. Snyder stole, which culminated in the Motion.

12.      As of the date of this Affidavit, more than two years have passed since Mr. Snyder and the Company took possession of the Machinery. Mr. Snyder has not returned any of the funds my husband provided.

13.      As of the date of this Affidavit my husband has paid more than $24,000.00 in legal fees and court costs related to this litigation.

14.      As of the date of this affidavit, Defendants have not filed an answer with the Court.

Further, Affiant sayeth not.

Dated this __20__ day of __July__ 2020.

_Stephanie Stolba_
Stephanie Stolba

Subscribed and affirmed before me in the county of Linn, State of Iowa, this ___28th___ day of

___July___ 2020, by Stephanie Stolba.

_____
Notary's Signature

_04-01-2021_____
Commission Expiration Date

SEAL

DANA BRITTEN SEELY
Notary Public - State of Utah
Commission # 694136
My Commission Expires
April 1, 2021

3