IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLORADO

Civil Action No. 1:19-cv-02133-DDD-SKC

JOBADIAH WEEKS, an individual and Colorado citizen,

    Plaintiff,

vs.

STEVEN M. SNYDER, an individual and Florida citizen, and AFS-TT, LLC, a Florida limited liability company,

    Defendants.

## AMENDED AFFIDAVIT OF NADAV ASCHNER

I, Nadav Aschner, being over 18 years of age and of sound mind, affirm and state as follows:

1. I sign this amended affidavit under oath and have personal knowledge of the information set forth herein.

2. I hereby make application to the Clerk of this Court for entry of default as to defendants Steven M. Snyder and AFS-TT, LLC pursuant to Rule 55(a), Federal Rules of Civil Procedure, for the following reasons.

3. I am an attorney with The Rodman Law Group, LLC (the "Firm"), located in Denver, Colorado.

4. The Firm represents Jobadiah Weeks in the litigation styled *Weeks v. Snyder et. al.,* case number 19-cv-02133-DDD-SKC.

5. On February 18, 2020, I filed Plaintiff's Renewed Motion for Entry of Default [Doc. 19] (the "Renewed Motion").

6. Prior to filing the Renewed Motion, I conferred with Steven M. Snyder via telephone.

7.  I asked Mr. Snyder if he objected to the contents of the Renewed Motion, and Mr. Snyder exclaimed that he was "not happy about it," but acknowledged that he did not comply with the Court's order to file a sufficient responsive pleading.

8.  My Snyder also informed me that, as of February 18, 2020, he had not found an attorney to represent him or Defendant AFS-TT LLC.

9.  Mr. Snyder stated that he thought that he had more time to obtain counsel and believed that the Court would send him notice of a second status conference with ample time to obtain counsel.

10. On information and belief, Mr. Snyder has not made any attempt to obtain counsel since February 18.

11. As of the date of this affidavit, Defendants have not filed an answer with the Court.

12. Upon Plaintiff's information and belief, neither Defendant is a minor, an incapacitated person, or in the military service.

13. Defendant AFS-TT is a Florida limited liability company, and therefore cannot be a minor, an incapacitated person, or in the military service.

14. Having spoken to Mr. Snyder on at least two occasions, I believe that Mr. Snyder is a male, approximately 55 years of age, and is not an incompetent person requiring special service in accordance with Rule 4(g), Federal Rules of Civil Procedure. Upon reasonable inquiry, I do not believe Mr. Snyder is serving with the armed forces of the United States entitled to the protection of 50 U.S.C. App. Section 520.

Further, Affiant sayeth not.

Dated this 28th day of August, 2020.

_____
Nadav Aschner

Subscribed and affirmed before me in the county of Denver, State of Colorado, this 28th day of August, 2020, by Nadav Aschner.

_____
Notary's Signature

01/28/2023
_____
Commission Expiration Date

ALEXIS CHRISTINE CORONA
NOTARY PUBLIC - STATE OF COLORADO
NOTARY ID 20194003704
MY COMMISSION EXPIRES JAN 28, 2023

SEAL