IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLORADO

Civil Action No. 1:19-cv-02133-DDD-SKC

JOBADIAH WEEKS, an individual and Colorado citizen,

    Plaintiff,

vs.

STEVEN M. SNYDER, an individual and Florida citizen, and AFS-TT, LLC, a Florida limited liability company,

    Defendants.

---

## AFFIDAVIT OF JOBADIAH SINCLAIR WEEKS

---

I, Jobadiah Sinclair Weeks, being over 18 years of age and of sound mind, affirm and state as follows:

1. I sign this affidavit under oath and have personal knowledge of the information set forth herein.

2. I am the named plaintiff in the litigation styled *Weeks v. Snyder et. al.,* case number 19-cv-02133-DDD-SKC.

3. I write this Affidavit in support of Plaintiff's Motion for Entry of Default Judgment (the "Motion"). I have read and reviewed the Motion and the supporting Affidavit of Nadav Aschner, counsel for Plaintiff. The Motion and allegations prepared by Mr. Aschner are true and accurate to the best of my knowledge.

4. I have known Defendant Steven M. Snyder for approximately eight years.

5. Mr. Snyder and I entered into an agreement in 2017, whereby: (i) I would provide funds to Mr. Snyder for the purchase of softgel encapsulation equipment and other business related expenditures; (ii) we would incorporate an entity called Great Soft Gels Inc. in Nevada to own the equipment; (iii) the equipment was to be shipped to Texas; and (iv) Mr. Snyder would periodically travel to Texas to operate the machine as part of the venture (collectively, the "Business Agreement"). As part of the Business Agreement, Mr. Snyder was to remit 90% of the profits from the Great Soft Gels Inc. business venture to me until I was repaid in full for the purchase price of the equipment and materials, after which he and I would split future profits 50/50.

6. Mr. Snyder and I ordered a softgel encapsulation machine (the "Machinery") from Wuxi Jangli Machinery Co. ("Wuxi") for our softgel project. Starting in in late October 2017, I made payments totaling $178,200.00 to Wuxi. The Machinery was to be delivered to Mr. Snyder in Florida.

7. In March 2018, Mr. Snyder contacted me to inform me that Customs and Border Patrol ("CBP") seized the Machinery, and demanded an additional $13,645.00 to release the Machinery. I sent this money to Mr. Snyder, who arranged for the release of the Machinery.

8. AFS-TT, LLC is an LLC that Mr. Snyder owns, which took possession and ownership of the Machine.

9. Between April and May 2018, I paid $66,000.00 for additional equipment to support the Machinery, and $95,910.63 for raw materials for use in the business venture, and had them shipped to Mr. Snyder in Florida.

10. Between August 2018 and December 2018, I sent additional payments to Mr. Snyder totaling $27,040.83 for business related expenditures, including rent, the purchase of a work truck, vacuum pump, utilities, a five-ton AC Unit, and raw materials. In total I sent Mr. Snyder, or otherwise paid $380,796.46 towards the Machinery and business venture.

11. Starting in March of 2019, Mr. Snyder became evasive and ceased responding to me or my counsel.

12. When it became clear that no resolution was possible, I engaged my counsel to initiate litigation to recover the money that I had provided to Mr. Snyder.

13. As of the date of this Affidavit, more than two years have passed since Mr. Snyder and the AFS-TT, LLC took possession of the Machinery. Mr. Snyder has not returned any of the funds I provided, and I have received no profit.

14. As of the date of this Affidavit, in addition to my legal fees incurred in litigating this matter, I have spent $776.55 in costs related to the Business Agreement and this litigation, including costs of incorporating Great Soft Gels Inc. in Nevada, service of process fees, and mailing and postage costs.

15. In total, I am seeking a judgment of $381,573.01, including damages and costs I incurred.

Further, Affiant sayeth not.

Dated this 31st day of December, 2020.

_____
Jobadiah Sinclair Weeks

Subscribed and affirmed before me in the county of Jefferson, State of Colorado, this 31st day of December, 2020, by Jobadiah Sinclair Weeks.

_____
Notary's Signature

ALEXIS CHRISTINE CORONA
NOTARY PUBLIC - STATE OF COLORADO
NOTARY ID 20194003704
MY COMMISSION EXPIRES JAN 28, 2023

January 28, 2023
_____
Commission Expiration Date                                    SEAL