IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLORADO

Civil Action No. 1:19-cv-02133-DDD-SKC

JOBADIAH WEEKS, an individual and Colorado citizen,

    Plaintiff,

vs.

STEVEN M. SNYDER, an individual and Florida citizen, and AFS-TT, LLC, a Florida limited liability company,

    Defendants.

---

## AFFIDAVIT OF NADAV ASCHNER

---

I, Nadav Aschner, being over 18 years of age and of sound mind, affirm and state as follows:

1. I sign this amended affidavit under oath and have personal knowledge of the information set forth herein.

2. I hereby make application to the Clerk of this Court for entry of default judgment as to defendants Steven M. Snyder and AFS-TT, LLC pursuant to Rule 55(a), Federal Rules of Civil Procedure, for the following reasons.

3. I am an attorney with The Rodman Law Group, LLC (the "Firm"), located in Denver, Colorado.

4. The Firm represents Jobadiah Weeks in the litigation styled *Weeks v. Snyder et. al.*, case number 19-cv-02133-DDD-SKC.

5. On October 14, 2020, the Clerk of this Court filed its Entry of Default as to Defendants AFS-TT, LLC and Steven M. Snyder.

6. I have spoken with Mr. Snyder on at least two occasions. Defendant Snyder is approximately 55 years old, and is not an incapacitated or incompetent person requiring special service in accordance with Rule 4(g), Federal Rules of Civil Procedure.

7. Upon reasonable inquiry, I am confident that Mr. Snyder not is serving with the armed forces of the United States or entitled to the protection of 50 U.S.C. App. Section 520.

8. Defendant AFS-TT is a Florida limited liability company, and therefore cannot be a minor, an incapacitated person, or in the military service.

Further, Affiant sayeth not.

Dated this 16th day of November, 2020.

_____
Nadav Aschner

Subscribed and affirmed before me in the county of Denver, State of Colorado, this 16th day of November, 2020, by Nadav Aschner.

_____
Notary's Signature

ALEXIS CHRISTINE CORONA
NOTARY PUBLIC - STATE OF COLORADO
NOTARY ID 20194003704
MY COMMISSION EXPIRES JAN 28, 2023

Jan 28, 2023
_____
Commission Expiration Date                                    SEAL

2