IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02133-RMR-SKC

JOBADIAH S. WEEKS,

    Plaintiff,

v.

STEVEN M. SNYDER, et al.,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order of Judge Regina M. Rodriguez entered on December 10, 2021. It is

ORDERED that the Court OVERRULES Plaintiff's Objections to Recommendation of United States Magistrate Judge S. Kato Crews, [EFC 34], and ACCEPTS and ADOPTS the Recommendation of United States Magistrate Judge, [ECF 33]. It is

FURTHER ORDERED Plaintiff's Motion for Entry of Default Judgment, [ECF 30], is DENIED. It is

FURTHER ORDERED that this case is DISMISSED WITHOUT PREJUDICE for lack of personal jurisdiction.

Dated at Denver, Colorado this 10th day of December, 2021.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Stacy Libid
Stacy Libid, Deputy Clerk